# EXHIBIT A

Hal Silcox, III, M.D.
Peachtree Orthopedics
5505 Peachtree Dunwoody Road
Suite 600
Atlanta, Georgia  30342


EXPERT REPORT OF HAL SILCOX, III, M.D.

Submitted pursuant to
Federal Rule of Civil Procedure 26(a)(2)(B)
In connection with the matter of:


April Kimbrough,

Plaintiff,

v.

Lyle Weidner, Quality Carriers, Inc. and Old Republic Insurance Company,

Defendants.

Civil Action No.: 1:17-CV-00774-WSD

United States District Court
Northern District of Georgia
Atlanta Division

Honorable William S. Duffey

## I.    Introduction

This report has been prepared at the request of counsel for the Defendants in order to satisfy the requirements of Rule 26 of the Federal Rules of Civil Procedure in connection with April Kimbrough v. Lyle Weidner, Quality Carriers, Inc. and Old Republic Insurance Company, Civil Action No. 1:17-CV-00774-WSD, currently pending in the United States District Court, Northern District of Georgia, Atlanta Division.  The purpose of this report is to provide opinions regarding my review of Ms. Kimbrough's medical records in light of her allegation that a March 1, 2016 motor vehicle accident (the "MVA") caused injuries to her body, and more specifically to her low back.  I have been provided sufficient information to form the opinions set forth below, but reserve the right to alter same or render additional opinions as new information becomes available.

## II.    Synopsis of Expert Qualifications

A current copy of my *curriculum vitae* containing a listing of publications, testimony history and statement of compensation are attached in Appendix A and incorporated herein by reference.

## III.    Prior Cases – Expert Testimony

A list of other cases in which I have testified as an expert is attached hereto in Appendix B and incorporated herein by reference.

## IV.    Reference Materials, Documents and Evidence Considered

1. The subject Motor Vehicle Accident Report

2. Ms. Kimbrough's medical records from The Center for Pain Management

3. Ms. Kimbrough's medical records from St. Mary's Hospital

4. Ms. Kimbrough's medical records from Well Star Cobb Hospital

5. Ms. Kimbrough's medical records from AICA Ortho & Spine

6. Ms. Kimbrough's medical records from American Health and HIRAM Imaging, including MRI films and reports

7. Summary of Plaintiff's deposition testimony regarding a prior injury and other MVAs provided by counsel for Defendants.

### V.    Abstract, Analysis & Conclusion

Ms. Kimbrough presented to St. Mary's on March 1, 2016; however, St. Mary's records are illegible on certain pages. Reviewing these records in full is important as they provide information regarding a patient's clinical state immediately after an injury. In any event, it appears a chest x-ray and cervical spine x-ray was performed at St. Mary's. Said Chest x-ray impression was as follows: "No evidence of acute cardiopulmonary process". Said x-ray of cervical spine impression was as follows: "No definite acute bony abnormality of the cervical spine. If there is concern for fracture in the setting of trauma, CT is recommended." It does not appear x-rays of the thoracic spine or lumbar spine were performed at St. Mary's.

Following her visit to St. Mary's, Ms. Kimbrough presented to AICA Ortho and Spine several times for chiropractic care. Her initial evaluation was on March 7, 2016. Notes indicate Ms. Kimbrough had a prior accident, but denied having any residual symptoms. To further determine causation, it would be important to investigate any prior trauma(s) and any resulting injury. In any event, there was no specific mention of low back pain. Furthermore, Ms. Kimbrough was listed at 5'2" and 219 with a BMI of over 40. Clinically this would make Ms. Kimbrough morbidly obese, which increases the chances of degenerative disc disorder. Ms. Kimbrough was evaluated at AICA Ortho and Spine by Dr. Lori Lynch on March 10, 2016 and there was no mention of low back issues.

On March 22, 2016, Ms. Kimbrough voiced a complaint of low back pain. Prior to this visit there was no mention of low back pain related to the MVA. Thereafter, Dr. Kabakibou, of The

Center for Pain Management, ordered MRI studies of the cervical spine and lumbar spine and ultimately performed facet injections and Radiofrequency Thermocoagulation. MRI studies were completed on April 1, 2016 at Hiram Imaging. The MRI impression lumbar spine was as follows: "1. It should be first noted that a transitional vertebra is labeled at L5. Details above. 2. L4-5: A posterior disc herniation is at least a protrusion, very probably an extrusion that is just contacting the thecal sac. The appearance is compatible with a recent development; although the disc is mildly degenerated. 3. Mild facet degeneration at L3-4 and L4-5, but without effusion or significant medial hypertrophy." MRI cervical spine impression "1. C5-6: Posterior prominence of the disc most compatible with protrusion causing deformity of the thecal sac that does not contact or compress the cord. 2. C3-4: A left posterior combination disc bulge and spur is causing potentially significant deformity of the thecal sac. No cord compression. 3. Straightening of the lordosis, which can indicate soft tissue injury. Correlation is necessary in that regard."

After review of the above-referenced material, including medical records from The Center for Pain Management, St. Mary's Hospital, Well Star Cobb Hospital, AICA Ortho & Spine, American Health and HIRAM Imaging, including diagnostic MRI studies, it is my opinion, to a reasonable degree of medical certainly, that Ms. Kimbrough's alleged back and pain, did not result from the MVA. Furthermore, I question the severity of Ms. Kimbrough's injuries and extensive treatment that was provided to Ms. Kimbrough. One concern is Ms. Kimbrough did not report any lower back pain until March 22, 2016 after an ER visit and multiple visits with a chiropractor and physician at AICA Ortho Spine. Immediately after the MVA, it appears Ms. Kimbrough had complaints of chest pain and neck pain, but did not have complaints of back pain and no diagnostic tests were performed in the ER of the low back. Ultimately, Ms. Kimbrough was treated for her

injuries by two different chiropractic offices, pain management, and a spine surgeon and participated in physical therapy. Ms. Kimbrough underwent MRI studies and injection therapy.

Overall, I question the extent of injuries Ms. Kimbrough could have sustained as a result of this trauma and what treatment would have medically indicated and what treatment was excessive. I question MRI findings of the cervical spine and lumbar spine were a direct result of the MVA. It appears the MRI studies were "overread" or were not caused from this alleged trauma. The physicians felt Ms. Kimbrough's MRI of the lumbar spine demonstrated a disc herniation at L4-5, yet EMG/NCV studies were negative. In other words, if there was a disc herniation the disc was not impinging on a nerve root causing pain down the leg. Furthermore, I highly question the medical appropriateness of cervical and lumbar facet injections and radiofrequency ablations as medically necessary for Ms. Kimbrough. In other words, the treatment appears excessive. It appears Ms. Kimbrough was originally treating at AICA Ortho Spine and may have been redirected to another chiropractic clinic and Dr. Kabakibou and Dr. Chappius.

It appears Ms. Kimbrough was also involved in several previous MVAs, with three MVAs in 2016 alone. In reviewing Well Star Cobb Hospital's records, it appears she was in a MVA in May of 2016, was treated and released in "good condition." Moreover, I have been informed that Ms. Kimbrough sustained an injury in her teenage years, which resulted in chiropractic care, and also had at least three MVAs prior to the subject MVA. This, in addition to the underlying MRI films noting a degenerative disc and Ms. Kimbrough having a BMI of over 40, making her morbidly obese, is likely the cause of any issues Ms. Kimbrough has with her back. Although Ms. Kimbrough was young, this could contribute to significant development of degenerative disc disease. I believe her MRI findings were more related to obesity and degenerative disc disease than a result of this trauma.

8/8/17

_____
Hal Silcox, III, M.D.

# APPENDIX A

## CURRICULUM VITAE

Revised: January 01, 2017

**Name:** Daniel Hal Silcox III, M.D.

**Office Address:**
> Peachtree Orthopaedic Clinic
> 5505 Peachtree Dunwoody Road, Suite 600
> Atlanta, Georgia 30342
> Tel: (404) 404-1015

**E-mail Address:**
> sperry@pocatlanta.com

**Birth date and Place:**
> January 12, 1961
> Atlanta, Georgia

**Citizenship:**
> U.S.A.

**Current Titles and Affiliations:**
> President and Orthopaedic Spine Surgeon
> Peachtree Orthopaedic Clinic
> Atlanta, Georgia
>
> Executive Committee 2006-Present
> Planning and Development Chair 2008-2013
> President 2013- Present

**Previous Academic and Professional Appointments:**
> Partner, Executive Shareholder, The Emory Clinic and The Emory Spine Center
> 1995-2001
>
> Assistant Professor    1994-2001
> Instructor             1992-1994
> Department of Orthopaedic Surgery,
> Emory University School of Medicine

**Previous Administrative Appointments**
> Administrative Chief Resident, Orthopaedic Surgery
> 1991-1992

1

Chief of Spinal Surgery, VA Medical Center,
Atlanta, GA 1995 – 1998


Athlete's Medical Venue Coordinator, Beach Volleyball
        Centennial Olympic Games, Atlanta, Georgia 1995-1996

Educational Director, The Emory Spine Center, 2000, 2001

Secretary-Treasurer Elect, Georgia Orthopaedic Society 2008-2009
Secretary Treasurer, Georgia Orthopaedic Society 2009-2012
President Elect, Georgia Orthopaedic Society 2012-2013
President, Georgia Orthopaedic Society 2013-Present
Doctor of the Day, Georgia State Capital, 2011, 2012, 2013

**Licensures/Boards**

4/6/89  #031834      Georgia

**Specialty Boards:**
1988    National Board of Medical Examiners
1995    American Board of Orthopaedic Surgery
2004    Re-certified, American Board of Orthopaedic Surgery
2014    Re-certified, American Board of Orthopaedic Surgery

**Education:**

1979-83     Emory University
            Bachelor of Arts, Mathematics and Chemistry
            Atlanta, Georgia

1983-87     Emory University School of Medicine
            Doctor of Medicine
            Atlanta, Georgia

**Postgraduate Education:**

1987-88     General Surgery Internship
            Emory University Affiliated Hospitals
            Atlanta, Georgia

1988-92     Orthopaedic Surgery Residency
            Emory University Affiliated Hospitals

2

Silcox, Daniel Hal III

                    Atlanta, Georgia

1993-94        Orthopaedic Spine Fellow
                    The Emory Clinic Spine Center
                    Atlanta, Georgia

**Committee Memberships:**

Board Georgia Orthopaedic Society 2008-present
                President
Nominating Committee, Chair
        Georgia Orthopaedic Society, 2005
Operating Room Efficiency Committee
        Northside Hospital 2005-2007
Surgical Services Committee
        Northside Hospital, January 2002-2005
Surgical Case Review Committee
        Emory University Hospital 1992-1995
Nominating Committee, Georgia Orthopaedic Society Meeting, 1999

**Honors and Awards:**
Eagle Scout Award
Sports Medicine Resident of the Year 1991-1992
Third Prize, Robert P. Kelly Orthopaedic Society. "Myoelectric Prosthesis: A Long-
        Term Follow Up and Comparison of Alternate Prosthetic Use." March 1990
Principle Investigator, Stryker Stand-Alone Cage Study, 1998-2004
Clinical Investigator,  Medtronic rhBMP-2 Interbody Study
                    Medtronic LT Cage Study
                    Medtronic Posterolateral rhBMP-2 Study
                    Zimmer, Dynesys Study 2005-2012
Georgia Tobacco Use Prevention Advisory Board, March 2003- March 2004

**Society Memberships:**

Medical Association of Georgia
Southern Orthopaedic Association
Fellow American Academy of Orthopaedic Surgeons
North American Spine Society
Georgia Orthopaedic Society

**Invitations to National or International Conferences:**

Silcox, Daniel Hal III

1.    Silcox DH, Horton WC: North American Spine Society Meeting.    "Diurnal Variations in Lumbar Intervertebral Disc MRI Signal Intensities."    Boston, Massachusetts, July 1992.

2.    Silcox DH, Daftari TK, Boden SD, and WHITESIDES TE: Scoliosis Research Society Meeting.  "The effect of nicotine on spinal fusion: an animal model" Portland, Oregon, September 1994.

3.    Silcox DH, Daftari TK, and WHITESIDES TE: Eastern Orthopaedic Association Meeting.  "The effect of nicotine on spinal fusion: an animal model" Southampton, Bermuda, October 1994.

4.    Silcox DH, Daftari TK, Boden SD, Hutton WC, Schimandle JH, Whitesides TE: North American Spine Society Meeting. "The effect of nicotine on spinal fusion: an animal model" Minneapolis, Minnesota, October 1994

5.    Silcox DH, Boden SD, Schimandle J, Johnson P, Whitesides TE, Hutton WC: North American Spine Society.  AReversing the inhibitory effect of nicotine on spinal fusion using an osteoinductive protein extract≅ Washington, DC, October 1995

6.    Silcox DH, Boden SD, Schimandle J, Johnson P, Whitesides TE, Hutton WC: Scoliosis Research Society Meeting, AReversing the inhibitory effect of nicotine on spinal fusion using an osteoinductive protein extract≅. Asheville, North Carolina, September 1995

7.    Silcox DH, Boden SD, Daftari TK, Whitesides TE: Federation of Spine Associations. AThe Effect of Nicotine on Spinal Fusion: An Animal Model." Orlando, Florida, February 1995

8.    Silcox DH, Boden SD, Daftari TK, Schimandle JD, Whitesides TE, Hutton WC: American Academy of Orthopaedic Surgeons: AThe Effect of Nicotine on Spinal Fusion:  An Animal Model≅.   Orlando, Florida, February 1995.

9.    Silcox DH: American Academy of orthopaedic Surgeons, Atlanta, Georgia A Spinal

4

Silcox, Daniel Hal III

> Trauma Update: Physician Assistants and Allied Health Orthopaedic Update≅. February 1996

10.   Murrel S, Silcox DH, Volkman TK, Levine M, Gondi G: Feasibility of Transpedicular Screw Fixation in the Cervical Spine: An Anatomic Study. North American Spine Society Meeting, Vancouver, BC, October 1996

11.   Silcox DH, Boden SD, Schimandle J, Johnson P, Whitesides TE, Hutton WC: "Reversing the inhibitory effect of nicotine on spinal fusion using an osteoinductive protein extract." American Academy of Orthopaedic Surgeons Annual Meeting. Atlanta, Georgia, February 1996

12.   Jones LE, Heller JG, Silcox DH: American Academy of Orthopaedic Surgeons. ACervical Pedicle Screw vs. Lateral Mass Screw Biomechanical Comparison and Study of Anatomic Feasibility≅ Atlanta, Georgia, February 1996

13.   Heller JG, Silcox DH, Sutterlin CE: American Academy of Orthopaedic Surgeons Annual Meeting. "Complications of posterior lateral mass plates". Atlanta, Georgia, February 1996

14.   Heller JG, Silcox DH, Sutterlin CE: Federation of Spine Associations. "Complications of posterior lateral mass plates" Atlanta, Georgia, February 1996

15.   Silcox DH, Boden SD, Schimandle J, Johnson P, Whitesides TE, Hutton WC: Federation of Spine Associations Meeting. "Reversing the inhibitory effect of nicotine on spinal fusion using an osteoinductive protein extract." Atlanta, Georgia, February 1996

16.   Volkman TK, Silcox DH, Murrel SF, Levine MJ, Gondi G: American Academy 6 Orthopaedic Surgeons 64th Annual Meeting. A Feasibility of Transpedicular screw fixation in the cervical spine: An anatomic study." San Francisco, California, February 13-17, 1997

17.   Boden SD, Silcox DH, Schimandle JH, Whitesides TE, Hutton WC: American Academy of Orthopaedic Surgeons 64th Annual Meeting. A reversing the effect of nicotine on spinal fusion using an osteoinductive growth factor. San Francisco, California, February 13-17, 1997

18.   Lamb D, Silcox DH, Heller JG, and HUTTON WC: Annual Meeting of the North American Spine Society. ADifferent types of atlantoaxial Fixation." New York, New

Silcox, Daniel Hal III

York, October 1997

19.    Lamb DJ, Silcox DH, Heller JG, and HUTTON WC. American Academy of
       Orthopaedic Surgeons 65th Annual Meeting. A Different methods of fixation for
       atlantoaxial instability. New Orleans, LA, March 19-23, 1998

20.    Silcox DH: Cervical Spine Research Society Instructional Course Lectures. "Tumors
       of the Cervical Spine" Atlanta, Georgia, December 1998.

21.    Silcox DH: 5th Annual International Interbody Fusion Meeting. "Anterior Oblique
       Approach for Fusion of the Lumbar Spine." Salzburg, Austria, May 1999.

22.    Silcox DH: 6th Annual International Interbody Fusion Meeting. "Early clinical results
       of anterior lumbar interbody fusion in a randomized prospective study comparing the
       SAC (stand alone cage) versus the BAK cage. Barcelona, Spain, March 2000.

23.    Silcox DH:  Cervical Spine Research Society Instructional Course Lectures.
       "Laminoplasty – What are the Outcomes?" Charleston, SC, December 2000.

24.    Silcox DH:    7th Annual International Interbody Fusion Meeting. "Technique and
       clinical results of the Stabilis Cage." Hong Kong Province, March 2001.

25.    Silcox DH:    7th Stryker Spine Invitational Symposium. "A New Concept for ALIF
       Surgery: The next step in terms of Interbody Technology." Sardinia, Italy, September
       2001.

26.    Silcox DH:  Cervical Spine Research Society Instructional Course Lectures.
       "Laminoplasty – What are the Results?" Monterey, California, December 2001.

27.    Silcox DH:    The Stryker Spine Anterior Lumbar Spinal Meeting. "Stabilis: A new
       concept for ALIF applications." Biarritz, France, June 2002.

28.    Silcox DH:    The Stryker Spine Anterior Lumbar Spinal Meeting.  "Stabilis:
       Workshop." Biarritz, France, June 2002

29.    Silcox DH:    Infuse/Inductos: Use in Posterior Approach Lumbar Fusions—The
       U.S. Experience. Lausanne, Switzerland. December 2005

**Other Activities**

6

Silcox, Daniel Hal III

1.    Atlanta Clinical Society Meeting. Smoking and its effects on orthopaedic surgery. Snowmass, Colorado, March 1995

2.    Georgia Orthopaedic Society Meeting. ALaparoscopic Anterior Interbody Fusion of the Lumbar Spine.≅ Sea Island, Georgia, October 1996

3.    Atlanta Clinical Society Meeting. A Endoscopic Spinal Surgery≅ Beaver Creek, Colorado, March 1996

4.    Essentials of Primary Care for Back and Neck Problems. A Practical Guide for Survival in a Managed Care Environment, ANeck Pain -- When to Refer for Surgery and Expected Outcomes≅. Atlanta, GA. March 1996

5.    Essentials of Primary Care for Back and Neck Problems: A Practical Guide for Survival in a Managed Care Environment. APain Radiating to the Buttock and Leg Pertinent History and Physical Exam≅ Atlanta, Georgia March 1996

6.    Essentials of Primary Care for Back and Neck Problems: A Practical Guide for Survival in a Manged Care Environment. ASpinal Stenosis -- When to Refer for Surgery and Expected Outcomes.≅ Atlanta, Georgia, March 1996

6.    Eastern Orthopaedic Association 27th Annual Meeting ADo Diurnal changes in loading affect the interpretation of MRI scans of the lumbar spine? Kiwah Island, South Carolina, October 16-20, 1996

7.    Open and Minimally Invasive Surgery of the Lumbar and Thoracic Spine. Memphis, TN. December 1996

8.    Open and minimally invasive surgery of the lumbar and thoracic Spine. Memphis, TN. June 1997

9.    Essentials of Primary Care for Back and Neck Problems: A Practical Guide for Survival in a Managed Care Environment. ANeck Pain -- When to Refer for Surgery and Expected Outcomes.≅ Atlanta, Georgia, March, 1997

10.    Essentials of Primary Care for Back and Neck Problems: A Practical Guide for Survival in a Managed Care Environment. ASpinal Stenosis -- When to Refer for Surgery and Expected Outcomes.≅ Atlanta, Georgia, March, 1997

Silcox, Daniel Hal III

11.    Atlanta Clinical Society Meeting ACervical Myelopathy Treated with Cervical Laminoplasty.  Beaver Creek, Colorado, March 1997

12.    Eastern Orthopaedic Association Meeting.  ABiomechanical Comparison of two commonly employed anterior cervical reconstruction options.≅ Kiwah Island, South Carolina, October 14-18, 1998

13.    Georgia Orthopaedic Society Meeting.  ASurgical Treatment of Cervical Spondylitic Myelopathy: Anterior vs. Posterior, Point-Counter-Point. Sea Island, Georgia, October 1998

14.    State Board of Worker=s Compensation Meeting, Atlanta, Georgia, ALumbar Interbody Fusion≅ September 1998

15.    Little Orthopaedic Society Meeting A Minimally Invasive Lumbar Spine Surgery. Atlanta, Georgia, 1999

16.    Office Orthopaedics for Primary Care. "Low Back Pain."  Atlanta, Georgia, November 19, 1999.

17.    Successful Management of Back and Neck Problems: A Guide to the Basics for Primary Care Physicians. "Neck pain: When to Refer for Surgery/Expected Outcomes" March 31, 2000.

18.    Successful Management of Back and Neck Problems: A Guide to the Basics for Primary Care Physicians. "Pertinent history and Physical Exam (HNP, Stenosis)" March 31, 2000.

19.    Successful Management of Back and Neck Problems: A Guide to the Basics for Primary Care Physicians. "Pain Radiating to the Buttock and Leg: When to Refer for Surgery/Expected Outcomes March 31, 2000.

20.    Successful Management of Back and Neck Problems: A Guide to the Basics for Primary Care Physicians. "Live Case Presentations" March 31, 2000

21.    Georgia Orthopaedic Society Meeting. "Lumbar Interbody Fusion Update."  Sea Island, Georgia, October 2000.

22.    Georgia Orthopaedic Society Annual Meeting. "Point counter point: Laminoplasty

Silcox, Daniel Hal III

     versus Anterior Cervical Fusion for Treatment of Multilevel Cervical Stenosis." Sea Island, Georgia, October 2002.

23.    Georgia State Board of Workers Compensation Annual Meeting. "Fusion of the Spine Using Bone Morphogenetic Protein."  Atlanta, Georgia, September 2004.

24.    Georgia Orthopaedic Society Annual Meeting. Non-fusion stabilization of the Lumbar Spine.  Reynolds Plantation, Lake Oconee, Georgia, October 2004

25.    Current Concepts in Sports Medicine. "Athletic Injuries to the Cervical Spine." Atlanta, Georgia, February 2005

26.    Georgia Orthopaedic Society Annual Meeting. Motion Sparing Spinal Procedures of the Lumbar Spine. October 2007. Lake Oconee, Georgia

**Bibliography:**
    **Refereed**

1.    Silcox, D.H.; Rooks, M.; Vogel, R.R., Fleming, L.L.: (1993) Myoelectric Prosthesis: A Long-term Follow Up and Comparison of Alternate Prosthetic Use. J Bone Joint Surg: 75A (12): 1781-1789.

2.    Manuel S.R.; Roberson, J.R.; Silcox, D.H.; Hutton, W.C.: (1993) Two Methods of Stabilization for Intertrochanteric Hip Fractures: A Biomechanical Evaluation. Journal Southern Ortho 2:18-23.

3.    Silcox, D.H.; Horton, W.C.; Silverstein, A.M.: (1995) MRI of Lumbar Intervertebral Disc: Diurnal Variations in Signal Intensities.  Spine 20(7): 807-812.

4.    Silcox, D.H.; Daftari, T.; Boden, S.D.; Schimandle, J.; Hutton, W.C.; Whitesides, T.E.: (1995) The Effect of Nicotine on Spinal Fusion:  An Animal Model.  Spine 20(14): 1549-53.

5.    Heller, J.G.; Silcox DH 3rd; Sutterlin C.E. 3rd. (1995) Complications of Posterior Cervical Plating.  Spine 20(22) 2442-8

6.    Malko JA; Hutton WC; Giacometti AR, Kater G; Greenfield P, Boden SD; Silcox DH.  (1996) Do diurnal changes in loading affect the interpretation of MRI scans of the lumbar spine?  J Spinal Disord 9(2) 129-35

Silcox, Daniel Hal III

7.  Jones EL, Heller JG, Silcox HD; Hutton WC. (1997) Cervical pedicle screws versus lateral mass screws. Anatomic feasibility and biomechanical comparison. Spine 22(9) 977-82

8.  Silcox DH III, Boden SD, Schimandle JH, Johnson P, Whitesides TE, Hutton WC (1998) Reversing the inhibitory effect of nicotine on spinal fusion using an osteoinductive protein extract. Spine 23(3) 291-7

9.  Edwards CE II, Heller JG, Silcox DH III. (2000) T-saw Laminplasty for the management of cervical spondylotic myelopathy clinical and radiographic outcome. Spine 25(14): 1788-1794.


**Review Articles**

1.  Silcox DH III. (1998) Laparoscopic bone dowel fusions of the lumbar spine. Orthopaedic Clinics of North America 29(4) 655-63.

**Book Chapters:**
1.  Heller JG and Silcox DH: Post Laminectomy Instability of the Cervical Spine: Etiology and Stabilization Techniques. IN: The Adult Spine. Frymoyer J, Ed. Raven Press, New York, NY 1997.

2.  Silcox DH and Whitesides TE: Injuries of the Cervico-Craniuim. IN: Skeletal Trauma: Fractures, Dislocations and Ligamentous Injuries, ED: Browner, Bruce D. St. Louis: Harcourt Health Sciences Group, 1998.

3.  Silcox DH. Cervical Instrumentation. IN: Orthopaedic Knowledge Update 6. Rosemont: American Academy of Orthopaedic Surgeons 1999

4.  Hecht AC, Silcox DH and Whitesides TE: Injuries of the Cervico-Craniuim. IN: Skeletal Trauma: Basic Science, Management, and Reconstruction, ED: Browner, Jupiter, Levine, and Trafton. Saunders, Philadelphia, PA, 2003.

5   France J, Gocke RT,Hecht AC, Silcox DH and Whitesides TE: Injuries of the cervico-Craniuim.IN:Skeletal Trauma: Basic Science, Management, and Reconstruction, ED: Browner, Jupiter, Levine, and Trafton.Saunders, Philadelphia, PA, 2009.

Silcox, Daniel Hal III

**Other**

1.  Monson, D.K. and Silcox, D.H.: (1993) Bone and Soft Tissue Sarcomas:  Patterns of  Recognition and Management. Orthopaedic Transactions, 17(4): 1026, 1993-

2.  Horton WC, Silcox DH: (1995) Portal Placement in Thoracic Spine Surgery. (Poster) Scoliosis Research Meeting, Asheville NC, September

3.  Boden SD and Silcox DH: (1996) Reversing the Effect of Nicotine on Spinal Fusion Using An Osteoinductive Bone Protein Extract. (Poster) Orthopaedic Research Society Annual Meeting, February

4.  Boden SD, Silcox DH III, Schimandle JH, Whitesides TE Jr., Hutton WC. (1997) Reversing the effect of nicotine on spinal fusion using an osteoinductive growth factor (Poster) American Academy of Orthopaedic Surgeons 64th Annual Meeting, San Francisco, CA Feb 13-17, 1997.

5   Silcox DH, Heller JG, Yoon T, Jenny P: (2002) Early Clinical Results of Anterior Lumbar Interbody Fusion in a Randomized Prospective Study Comparing the Stabilis Device versus the BAK Cage.  White Paper.

6.  Tang G, Rodts G, Silcox H, Erwood S, Haid R: (2007) Interbody Fusion for Disc Disease Following Discectomy. SpineUniverse.com



PEACHTREE ORTHOPEDICS

Dr. D. Hal Silcox III

DATE: August 3, 2017

TO: Marshall Wehunt

FAX: Email

RE:   April Kimbrough Case Review

- Retainer                                    $3500.00
- Rush                                        $1000.00


        TOTAL CHARGES:                $ 4500.00

All fees are payable in advance.  All requests will ordinarily be processed following receipt of payment. The turnaround time for reviews, questionnaires and addendum is 4 to 6 weeks. No exceptions. If you have any questions please contact Sha'un Perry at 404-425-1015( sperry@pocatlanta.com)  our tax ID number is 581080740. Payment must be received within 30 days or the information will be discarded.

Please mail check and a copy of this statement to:
                Peachtree Orthopaedic Clinic
                Dr. D. Hal Silcox   Attn:  Sha'un Perry
                5505 Peachtree Dunwoody Road
                Suite 600
                Atlanta, Georgia   30342

# APPENDIX B



Dr. D. Hal Silcox Depositions 2009-2013

1.  January 21, 2009          Leslie Pitman v Kraft Foods
2.  February 18, 2009         Ray Slocumb v. EG&G Technical Services
3.  February 25, 2009         Roselvi Malit v Red Cross
4.  March 04, 2009            Carasik v. Dr. Weil, et al              Plaintiff
5.  March 25, 2009            Angela Hugley v Autozone
6.  April 01, 2009            Hobbs v Meriwether
7.  April 08, 2009            Steve Hannon v Lockheed Martin
8.  April 22, 2009            Roderick Broadway v Southeastern Freight Lines
9.  July 24, 2009             Amanda McMahan v Wilson Lamar Cheatham
10. November 18, 2009         Ferguson v Young
11. December 09, 2009         Jorge Rodriguez v John Deere Landscapes
12. December 16, 2009         Regina Wynn v Bushwack Enterprises
13. February 10, 2010         Austin Agerter v Edward K. Mark, M.D.        Plaintiff
14. April 28, 2010            Collier v Greenfield, M.D.                   Defense
15. June 08, 2010             Colette Thunder v Carl Hampf, M.D.
16. August 25, 2010           Barnett Socolow v Flanigan Enterprises
17. October 13, 2010          Kress Meredith v Gwinnett Place Ford
18. January 05, 2010          Barbara Stoddard v Lisa Gaye Greenberg and John Lawerence
19. April 06, 2011            Carol Thurman and John Thurman v Stephen Brown
20. May 25, 2011              Carl Lumpkin v Norfolk Southern Corporation
21. June 22, 2011             Faye Tompkins v Continental Tire the Americas
22. June 13, 2012             Gary Gray v Delta Airlines
23. August 01, 2012           Napoleon Stafford v. KBR Food Services
24. September 19, 2012        Michelle Coffey v. Family Dollars Inc..
25. October 3, 2012           Martha Adams V. Gary Indiana Community School District
26. October 10, 2012          Calloway Grant V. Georgia Military College
27. December 05, 2012         Thomas Johnson V. Dynamic Transit Corporation
28. January 23, 2013          Neiamaha Herring v. PARSEC
29. January 30,2013           Anthony Dennis V. American Airlines
30. October 02,2013           Kenneth Martin v. Morgan Van Meter
31. November 06,2013          Laura Clark v. Hulsey Environmental Services

32. March 26,2014           Eugene Presely v. Boyd Brother Transportation
33. April 02, 2014          Burke v, Jeffords                          Defense
34. May 07, 2014            Daine Rymer v. John Knox Village of Med Center    Plaintiff
35. June 25,2014            Kelly Brown v. Xerox                       Defense
36. October 15, 2014        Carlos Thompson v. SAIC,ET AL...
37.

No depositions scheduled for the period of July 2011 through May 2013


**Court Testimony**:  Sherry Carasik v. Dr. Weil, et al            Plaintiff



This prepared list represents the documented depositions in which Dr. D. Hal Silcox III has participated during 2009 until 2014.



_____          _____

        Dr. D. Hal Silcox III                  Date

2015 Medical Records Reviews
Dr. Silcox

| Month | Case Name | Attorney Name | Booked By | Phone | Check Number | Amount Paid |
|---|---|---|---|---|---|---|
| 04/15/2015 | Willie Green | ALISA Ellenburg | Dean Gunnels | 404-846-2001 | 1376 | $2800.00 |
| 06/04/2015 | Catlin Finley | Brett Estes | Candice Bulter | 404-926-3684 | 5000346080 | $2800.00,$500.00, $1000.00 |
| 09/16/15 | Bradley v. Peavey Case | Adam Smith | Adam Smith | 770-544-0897 | 127816428j | $2800.00 |
| 04/28/15 | Arrendondo Case | Lori Bernnan | Lori Bernnan | 770-612-2710 | 36317350 | $2800.00 |
| 04/03/2015 | Hoover V GHS | Heather Saum | Heather Saum | 404-954-6966 | 137047 | $2800.00<br><br>1500.00 |
| 04/28/15 | Hutchens v Wayne | Brent Estes | Kelly Moore | 4404-926-3684 | 5000327562 | $2800.00 |
| 04/17/15 | Rice v Gilmore | Nicole Gupta | Nicole Gupta | EMAIL | 173605295 | $7950.00 |
| 10/09/15 | LeMasters Case Review | Wilson Law Office | Richard Wilson | 304-843-2300 | 1382 | $2800.00 |
| 10/09/2015 | Harris V. Brown | Waldon Adelman | Stephanie Sayler | 770-933-9162 | 100514 7<br>127817443 | $1000.00 & $1800.00<br><br>Case Settled |
| 10/09/15 | Mcarthur Roberson | McArthur Law Frim | Katherine McArthur | 478-238-6600 | 11862 | 2800.00 |
| 10/13/15 | Eleanor Zepkowski v. Walmart | Whitney Lay | Tanya Blount | 912-280-9662 | 310663 | 2800.00 |